# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                         Crim. No. 5:11-CR-188-1F

RICO ANTONIO BROOKS

On September 30, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                         Respectfully submitted,

                                                         /s/ Robert L. Thornton  
                                                         Robert L. Thornton  
                                                         Supervising U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____15th_____ day of __April_____, 2013.

                                                         James C. Fox  
                                                         Senior U.S. District Judge